**1304**

Gina FIORE; Keith Gipson,
Plaintiffs–Appellants,

v.

Anthony WALDEN; Unknown Agents
of the Federal Government,
Defendants–Appellees.

No. 08–17558.

United States Court of Appeals,
Ninth Circuit.

April 18, 2014.

Robert A. Nersesian, Esquire, Nersesian & Sankiewicz, Las Vegas, NV, for Plaintiff–Appellant.

Jeffrey S. Bucholtz, Esquire, King & Spalding, Barbara L. Herwig, DOJ—U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Before: ALFRED T. GOODWIN,
MARSHA S. BERZON, and SANDRA S.
IKUTA, Circuit Judges.

**ORDER**

On February 25, 2014, the Supreme Court of the United States issued an opinion reversing this Court, and holding that the district court lacked personal jurisdiction over defendant Anthony Walden. *See Walden v. Fiore,* —— U.S. ——, 134 S.Ct. 1115, 188 L.Ed.2d 12 (2014). We therefore remand this case to the district court with instructions to dismiss the complaint for lack of jurisdiction.

In re Stephen LAW, Debtor.

Stephen Law, Appellant,

v.

Alfred H. Siegel, Chapter
7 Trustee, Appellee.

No. 09–60046.

United States Court of Appeals,
Ninth Circuit.

April 23, 2014.

Stephen Law, Chino, CA, pro se.

Steven Todd Gubner, I, Esquire, Ezra Brutzkus Gubner LLP, Woodland Hills, CA, for Appellee.

Before: HARRY PREGERSON,
SIDNEY R. THOMAS, and RICHARD A.
PAEZ, Circuit Judges.

**ORDER**

Pursuant to the opinion of the Supreme Court in *Law v. Siegel,* —— U.S. ——, 134 S.Ct. 1188, 188 L.Ed.2d 146 (2014), we vacate our disposition at 435 Fed.Appx. 697 (9th Cir.2011), reverse the Bankruptcy Appellate Panel's and bankruptcy court's decisions, and remand to the Bankruptcy Appellate Panel with instructions to remand to the bankruptcy court for further proceedings consistent with the opinion of the Supreme Court.